UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J BRAVO, | No. C 12-06459 (DMR) |
| Plaintiff(s), | **ORDER DENYING MOTION FOR EXTENSION OF TIME** |
| v. | |
| THE CDCR, | |
| Defendant(s). | |

Plaintiff has filed a motion for extension of time to serve Defendants with the summons and complaint. [Docket No. 5.] Plaintiff filed this case on December 20, 2012. [*See* Docket No. 1.] Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, he has until April 19, 2013 to complete service of the summons and complaint. *See* Fed. R. Civ. P. 4(m). Because Plaintiff still has ample time to serve Defendants, the court denies his motion without prejudice.

IT IS SO ORDERED.

Dated: February 8, 2013

DONNA M. RYU
United States Magistrate Judge