1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6

7    VICTOR J. BRAVO,                                     Case No.  12-cv-06459-EMC

8              Plaintiff,

                                                          **ORDER DENYING PLAINTIFF'S**
9         v.                                              **REQUEST FOR RELIEF**

10   D. PIROZZI, et al.,                                  Docket No. 75

11             Defendants.

12       A final judgment in the above-referenced case was entered on January 9, 2014. *See*

13   Docket No. 68 (final judgment).  Plaintiff thereafter appealed to the Ninth Circuit but the appeal

14   was rejected. *See* Docket No. 73 (Ninth Circuit order, dated July 11, 2014).  Plaintiff has now

15   filed another document in this case in which he asks the Court to "show me the California law(s)

16   [that] permit[ted] the State of California to imprison me during the (above-stated) period of time."

17   Req. at 4.  The Court notes that it cited relevant authority in its prior order of December 2, 2013.

18   *See* Docket No. 62 (order to show cause); *see also* Docket No. 67 (order) (adopting analysis in

19   order to show cause).  Furthermore, Plaintiff is basically trying to resuscitate this case, even after

20   his appeal was rejected.  Accordingly, for both reasons, the Court **DENIES** his pending request

21   for relief.

22       **IT IS SO ORDERED**.

23

24   Dated: December 7, 2015

25                                                        _____

26                                                        EDWARD M. CHEN
                                                          United States District Judge
27

28

United States District Court
For the Northern District of California